IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 09-cr-00410-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HOWARD O. KIEFFER,

    Defendant.

## ORDER TO COMPLY WITH COURT DEADLINES

This matter is before the Court *sua sponte*. This matter is set for a Final Trial Preparation Conference on January 15, 2010 at 9:00 a.m. The Court notes that, to date, the parties have failed to comply with its practice standards in that they have not submitted any of the required submissions prior to the Final Trial Preparation Conference. It is, therefore,

ORDERED that appropriate trial documents in this matter shall be properly submitted to this Court **no later than 5:00 p.m. on January 13, 2010**.

FURTHER, the Court expects counsel for the parties to timely comply with all future deadlines. Failure to do so may result in the imposition of sanctions.

    DATED: January __11__, 2010

                                                        BY THE COURT:

                                                        _____
                                                        CHRISTINE M. ARGUELLO
                                                        United States District Judge