**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes  Date: January 15, 2010
Court Reporter: Darlene Martinez

---

Criminal Action No. 09-cr-00410-CMA

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Stewart Walz |
|     Plaintiff, | |
| v. | |
| HOWARD O. KIEFFER, | Nathan Chambes |
|     Defendant. | |

_____

**COURTROOM MINUTES**
_____

HEARING: Motions

**9:03 a.m.    Court in session**.

Defendant present; in custody.

Also present: Special Agent Todd Wilcox.

**ORDER:**   Defendant's Motion for Disclosure Pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence **(28)** is **granted**.

**ORDER:**   Defendant's Motoin [sic] for Hearing on Motions in Lieu of Pre-Trial [sic] Conference and to Re-Schedule [sic] the Pre-Trial [sic] Conference and Trial (Corrected) **(35)** is **granted in part** as follows:
    1. The Final Tria Preparation Conference set for January 15, 2010 and Jury Trial set for January 25, 2010 are **vacated**.

**DEADLINES/HEARINGS:**
1. Government's Motion *in Limine* **(29)** transcripts and exhibits due close of business **January 19, 2010**.
2. Government and defendant's supplements and legal authority to Government's Motion *in Limine* **(29)** due close of business **January 21, 2010**.
3. Motions hearing set for **January 25, 2010 at 1:30 p.m.**
4. Final Trial Preparation Conference set for **February 17, 2010, at 10:00 a.m.**
5. Three-day jury trial set for **March 1, 2010 at 9:00 a.m.**

**ORDER:** Defendant remanded to the custody of the United States Marshal.

**9:14 Court in recess/hearing concluded**.

Total in-court time: 00:11