**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cr-00410-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HOWARD O. KIEFFER,

    Defendant.
_____

**ORDER REGARDING CUSTODY OF EXHIBITS**
_____

    IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED: April __8__, 2010

                                                  BY THE COURT:

                                                  _____
                                                  Christine M. Arguello
                                                  United States District Judge