FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

December 6, 2013

Elisabeth A. Shumaker
Clerk of Court

In re:

HOWARD O. KIEFFER,

Petitioner.

No. 13-1492
(D.C. No. 1:09-CR-00410-CMA-1)
(D. Colo.)

**ORDER**

Before **BRISCOE**, Chief Judge, **EBEL** and **PHILLIPS**, Circuit Judges.

Harold O. Kieffer has filed a petition for a writ of mandamus seeking an order from this court vacating the district court's (second) amended judgment entered October 10, 2013 and reinstating the (first) amended judgment entered September 3, 2013.

"[M]andamus is not a substitute for an appeal. Rather, [it] is a drastic remedy, and is to be invoked only in extraordinary circumstances." *In re Cooper & Tire Rubber Co.* 568 F.3d 1180, 1186 (10th Cir. 2009) (internal citation and quotation marks omitted). In order to be entitled to a writ of mandamus, three conditions must be met:

> First, because a writ is not a substitute for an appeal, the party seeking issuance of the writ must have no other adequate means to attain the relief he desires. Second, the petitioner must demonstrate that his right to the writ is clear and indisputable. Finally, the issuing court, in the exercise of its discretion, must be satisfied that the writ is appropriate under the circumstances.

*Id.* at 1187 (internal citations and quotation marks omitted). Mr. Kieffer has failed to demonstrate his entitlement to a writ of mandamus because he has an adequate alternative remedy in the form of a direct appeal, which he is currently pursuing in case number 13-1371. Accordingly, we deny his petition. We grant Mr. Kieffer's motion for leave to proceed in forma pauperis.

                          Entered for the Court

                          ELISABETH A. SHUMAKER, Clerk